■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL GONZALEZ, Appellant. [713 NYS2d 123] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (McGann, J.), rendered March 4, 1998, convicting him

of burglary in the second degree and criminal mischief in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to establish his identity beyond a reasonable doubt as the perpetrator of the crimes is unpreserved for appellate review (*see, People v Gray,* 86 NY2d 10; *People v Hemphill,* 187 AD2d 728). In any event, viewing the evidence in the light most favorable to the People (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]). Issues of credibility, as well as the weight to be given to the evidence, are primarily questions to be determined by the jury, which saw and heard the witnesses (*see, People v Gaimari,* 176 NY 84, 94; *People v Kennedy,* 185 AD2d 364). O'Brien, J. P., Thompson, Sullivan and Altman, JJ., concur.